No. 1. AKRON, CANTON & YOUNGSTOWN RY. CO. ET AL. *v.* UNITED STATES ET AL.

Argued October 14, 15, 1931. Decided October 26, 1931. *Per Curiam:* The Court is of the opinion that the Interstate Commerce Commission acted within its authority and that its order is supported by substantial evidence. The decree is affirmed. *Western Chemical Co.* v. *United States,* 271 U. S. 268, 271; *Chicago, R. I. & P. Ry. Co.* v. *United States,* 274 U. S. 29, 33, 34; *Alabama* v. *United States,* 283 U. S. 776, 779. *Mr. Leo P. Day,* with whom *Mr. Anthony P. Donadio* was on the brief, for appellants. *Mr. J. Stanley Payne,* with whom *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Daniel W. Knowlton* and *E. M. Reidy* were on the brief, for the United States et al.